Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM 3**

---

**ARIZONA TILE, LLC; M S INTERNATIONAL, INC.; AND PNS CLEARANCE LLC,**

                      **Plaintiffs**,

     **v.**

**UNITED STATES,**

                   **Defendant.**

Court. No. 23-00019

**S U M M O N S**

---

**TO:**    The Attorney General and the Department of Commerce:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 158(c) to contest the determination described below.



                                **/s/ Mario Toscano**
                                Clerk of the Court

---

1.   Arizona Tile, LLC; M S International, Inc.; and PNS Clearance LLC are U.S. importers of Certain Quartz Surface Products from India.  Arizona Tile, LLC; M S International, Inc.; and PNS Clearance LLC are interested parties within the meaning of section 771(9)(A) of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1677(9)(A), and have standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

     (Name and standing of plaintiffs)

2.   Arizona Tile, LLC; M S International, Inc.; and PNS Clearance LLC contest certain aspects of the final results issued by the U.S. Department of Commerce, International Trade Administration, in its first administrative review of the antidumping duty order on Certain Quartz Surface Products from India, Case No. A-533-889, for the period December 13, 2019 through May 31, 2021. (Plaintiffs also contest certain aspects of the U.S. Department of Commerce Memorandum on the Allegation of Ministerial Error dated January 24, 2023.)

     (Brief description of contested determination)

3.   January 9, 2023

     (Date of determination)

4.      January 9, 2023 (Dep't Commerce 88 Fed. Reg. 1,188).
        (If applicable, date of publication in Federal Register of notice of contested determination)

                                        Respectfully submitted,

                                        /s/ Jonathan T. Stoel
                                        Jonathan T. Stoel
                                        Jared R. Wessel
                                        Nicholas R. Sparks
                                        Cayla D. Ebert
                                        Tyra J. Walker

                                        HOGAN LOVELLS US LLP
                                        Columbia Square
                                        555 Thirteenth Street, N.W. Washington,
                                        DC 20004-1109
                                        (202) 637-6634
                                        jonathan.stoel@hoganlovells.com

                                        *Counsel to Arizona Tile, LLC; M S
                                        International, Inc.; and PNS Clearance LLC*

Date: January 31, 2023